CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
IJEOMA U. EKE (Bar No. 331938)
(E-Mail: Ijeoma_Eke@fd.org)
JAMES S. THREATT (Bar No. 325317)
(E-Mail: Jimmy_Threatt@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Eke Telephone: (213) 894-3107
Threatt Telephone: (213) 894-2235
Facsimile: (213) 894-7556

Attorneys for Defendant
ANDREW ARCHIE REYES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDREW ARCHIE REYES,

Defendant.

Case No. CR 23-176-SVW

**OBJECTION TO GOVERNMENT'S 902(11) NOTICE (DKT. 24)**

Hearing Date: August 26, 2024
Hearing Time: 11:00 a.m.

Andrew Archie Reyes, by undersigned counsel, hereby objects to the government's intent to offer evidence, namely Omninet Property Management video recording, pursuant to Federal Rule of Evidence 902(11).

Respectfully submitted,

CUAHTEMOC ORTEGA
Federal Public Defender

DATED: August 16, 2024 By */s/ Ijeoma U. Eke*

IJEOMA U. EKE
JAMES S. THREATT
Deputy Federal Public Defenders
Attorneys for Andrew Archie